Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

05 - 6491M - 017

UNITED STATES OF AMERICA )
)
vs. )    Criminal No. P0571164
)
Cindy Sheehan )
)

## NOTICE OF APPEAL

Name and address of appellant:

Cindy Sheehan

Name and address of appellant's attorney:

Jon W. Norris, Esq.
641 Indiana Ave., NW
Washington, DC 20004

Offense: **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment Entered:
Sentence: $50 fine, $25 administrative fee

Name and institution where now confined, if not on bail:  N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

12/2/05
DATE

Cindy Sheehan (jwn)
APPELLANT

Jon W. Norris
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE ☐
CJA, NO FEE ☐
PAID USDC FEE ☐
PAID USCA FEE ☐

Does counsel wish to appear on appeal?                    YES ☑    NO ☐
Has counsel ordered transcripts?                               YES ☐    NO ☑
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES ☐    NO ☑

RECEIVED
DEC - 2 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT