NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C.  20001**

UNITED STATES OF AMERICA

vs.

Criminal Number  05-MJ-00649-AK

_#17_

**CINDY SHEEHAN**

(Defendant)

**FiLED**

FEB 2 1 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO:    NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED
ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐   CJA          ☒  RETAINED          ☐   FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

Jennifer M. O'Connor  (460352)
_(Attorney & Bar ID Number)_

Wilmer Cutler Pickering Hale and Dorr LLP
_(Firm Name)_

2445 M Street, NW
_(Street Address)_

Washington, DC  20037
_(City)_          _(State)_          _(Zip)_

202-663-6000
_(Telephone Number)_