NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.   Criminal Number  05-MJ-00649-AK
#17

CINDY SHEEHAN
(Defendant)

**FILED**

FEB 2 1 2006

TO:   NANCY MAYER-WHITTINGTON, CLERK   NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA      ■ RETAINED      ☐ FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

David S. Cohen (426683)
_(Attorney & Bar ID Number)_

Wilmer Cutler Pickering Hale and Dorr LLP
_(Firm Name)_

2445 M Street, NW
_(Street Address)_

Washington, DC  20037
_(City)      (State)      (Zip)_

202 663-6000
_(Telephone Number)_