United States v. Sheehan, No. 05-MJ-649-AK

ATTACHMENT 1

APPEAL

**U.S. District Court**
**District of Columbia (Washington, DC)**
**CRIMINAL DOCKET FOR CASE #: 1:05-mj-00649-AK-17**

Case title: USA v. ALLEN et al

Date Filed: 11/09/2005

---

Assigned to: Magistrate Judge Alan Kay

**Defendant**

**CINDY SHEEHAN** (17)

represented by **David Samuel Cohen**
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M Street, NW
Washington, DC 20037-1420
(202)663-6000
Fax: (202)663-6363
Email: David.Cohen@Wilmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jennifer M. O'Connor**
WILMER CUTLER PICKERING HALE & DORR LLP
2445 M Street, NW
Washington, DC 20037
(202)663-6000
Fax: (202) 663-6363
Email: jennifer.oconnor@wilmer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Jon W. Norris**
641 Indiana Avenue, N.W.
2nd Floor
Washington, DC 20004
(202) 842-2695
Fax: (202) 842-2627
Email: jonnorrislaw@gmail.com
*TERMINATED: 02/21/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 36 CFR 7.96(g)(2); Demonstration without a permit. | Finding of Guilty. Sentenced to $50.00 Fine and $25.00 Special Processing Fee. |

---

**Plaintiff**

**USA** represented by **Catharine A. Hartzenbusch**
U.S. ATTORNEY'S OFFICE FOR THE DISTRICT OF COLUMBIA
555 Fourth Street, NW
Suite 11-449
Washington, DC 20530
(202) 514-7700
Fax: (202) 307-6059
Email: catharine.hartzenbusch@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/09/2005 | 1 | COMPLAINT regarding violation notices P0571471, P0571231, P0571393, P0571478, P05711477, P0571180, P0571235, P0571184, P0571382, P0571149, P0571239, P0571377, P0571467, P0571380, P0571424, P0571459, P0571164, P0571225, P0571419, P0571304, P0571202, P0571139, P0571325, P0571214, P0571460, P0571238, P0571153, P0571388, P0571156 as to STEPHANIE ALLEN (1), CATARINA CORREIA (2), JOY FIRST (3), VIRGINIA RODINO (4), TANYA SYNDER (5), ANNA WHITE (6), MARCIA ANGERMANN (7), MELINDA BORNE (8), ANNAMARIA CALDERA (9), THERESA CAMEROTA (10), VIRGINIA CASSELL (11), MELLISA ELLIOT |

| | | |
|---|---|---|
| | | (12), MARY MCCARTHUR (13), CHRISTY MILLER (14), GAEL MURPHY (15), SABA MANIJEH (16), CINDY SHEERAN (17), JOHN BARBER (18), KEVIN KAMPS (19), PAUL PARK (20), WILLIAM PEERY (21), JOSEPH ROBBINS (22), JOHN RODGERS (23), ANDREW SCHOERKE (24), ARTHUR WASKOW (25), ROSE BERGER (26), MARIE DENNIS (27), NANCY TATE (28), EVE TETAZ (29). (Violation Nofices unavailable due to privacy act). (erd) (Entered: 12/07/2005) |
| 11/09/2005 | 2 | MOTION for Leave to Late File motion in limine to preclude an affirmative defense of necessity by USA as to STEPHANIE ALLEN, CATARINA CORREIA, JOY FIRST, VIRGINIA RODINO, TANYA SYNDER, ANNA WHITE, MARCIA ANGERMANN, MELINDA BORNE, ANNAMARIA CALDERA, THERESA CAMEROTA, VIRGINIA CASSELL, MELLISA ELLIOT, MARY MCCARTHUR, CHRISTY MILLER, GAEL MURPHY, SABA MANIJEH, CINDY SHEERAN, JOHN BARBER, KEVIN KAMPS, PAUL PARK, WILLIAM PEERY, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, ROSE BERGER, MARIE DENNIS, NANCY TATE, EVE TETAZ. (Exhibit: # 1)(erd) (Entered: 12/08/2005) |
| 11/09/2005 | 3 | NOTICE of intent to introduce certified business records under F.R.E. 803(6) and 902(11) by USA as to STEPHANIE ALLEN, CATARINA CORREIA, JOY FIRST, VIRGINIA RODINO, TANYA SYNDER, ANNA WHITE, MARCIA ANGERMANN, MELINDA BORNE, ANNAMARIA CALDERA, THERESA CAMEROTA, VIRGINIA CASSELL, MELLISA ELLIOT, MARY MCCARTHUR, CHRISTY MILLER, GAEL MURPHY, SABA MANIJEH, CINDY SHEERAN, JOHN BARBER, KEVIN KAMPS, PAUL PARK, WILLIAM PEERY, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, ROSE BERGER, MARIE DENNIS, NANCY TATE, EVE TETAZ; (Exhibit: # 1)(erd) (Entered: 12/08/2005) |
| 11/10/2005 | 4 | ORDER granting 2 Motion for Leave to File as to STEPHANIE ALLEN (1), CATARINA CORREIA (2), JOY FIRST (3), VIRGINIA RODINO (4), TANYA SYNDER (5), ANNA WHITE (6), MARCIA ANGERMANN (7), MELINDA BORNE (8), ANNAMARIA CALDERA (9), THERESA CAMEROTA (10), VIRGINIA CASSELL (11), MELLISA ELLIOT (12), MARY MCCARTHUR (13), CHRISTY MILLER (14), GAEL MURPHY (15), SABA MANIJEH (16), CINDY SHEERAN (17), JOHN BARBER (18), KEVIN KAMPS (19), PAUL PARK (20), WILLIAM PEERY (21), JOSEPH ROBBINS (22), JOHN RODGERS (23), ANDREW SCHOERKE (24), ARTHUR WASKOW (25), ROSE BERGER (26), MARIE DENNIS (27), NANCY TATE (28), EVE TETAZ (29);Signed by Magistrate Judge Alan Kay on 11/10/05. (erd) (Entered: 12/08/2005) |
| 11/10/2005 | 5 | MOTION in Limine to preclude an affirmative defense of necessity by USA as to STEPHANIE ALLEN, CATARINA CORREIA, JOY FIRST, VIRGINIA RODINO, TANYA SYNDER, ANNA WHITE, MARCIA |

| | | |
|---|---|---|
| | | ANGERMANN, MELINDA BORNE, ANNAMARIA CALDERA, THERESA CAMEROTA, VIRGINIA CASSELL, MELLISA ELLIOT, MARY MCCARTHUR, CHRISTY MILLER, GAEL MURPHY, SABA MANIJEH, CINDY SHEERAN, JOHN BARBER, KEVIN KAMPS, PAUL PARK, WILLIAM PEERY, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, ROSE BERGER, MARIE DENNIS, NANCY TATE, EVE TETAZ. (erd) (Entered: 12/08/2005) |
| 11/16/2005 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay :Bench Trial begun on 11/16/05 as to STEPHANIE ALLEN (1), CATARINA CORREIA (2), JOY FIRST (3), VIRGINIA RODINO (4), TANYA SYNDER (5), ANNA WHITE (6), MARCIA ANGERMANN (7), MELINDA BORNE (8), ANNAMARIA CALDARA (9), THERESA CAMEROTA (10), VIRGINIA CASSELL (11), MELLISA ELLIOT (12), MARY MCARTHUR (13), CHRISTY MILLER (14), GAEL MURPHY (15), MANIJEH SABA (16), CINDY SHEEHAN (17), JOHN BARBER (18), KEVIN KAMPS (19), PAUL PARK (20), WILLIAM PEERY (21), JOSEPH ROBBINS (22), JOHN RODGERS (23), ANDREW SCHOERKE (24), ARTHUR WASKOW (25), ROSE BERGER (26), MARIE DENNIS (27), NANCY TATE (28) and EVE TETAZ (29). Processing of defendants waived by the Court. Bench Trial continued to 11/17/05 at 9:00 AM. [AUSA: Catharine Hartzenbusch and Michael Harvey; Defense Counsel for Cindy Sheehan: Jon Norris; Attorney Advisor for Pro-Se Demonstrator Defendants: Mark Goldstone] (Govt. Witnesses: 1. Louis Facciponti, 2. Laura Johnson, 3. Gary Fuller, 4. Holly Davis, 5. Stephanie Clark; Govt. Exh. 1: Public Gathering Permit; Pro-Se Speakers: 1. Virginia Rodino, 2. Paul Park, 3. Tonya Snyder) (Court Reporters: Edward Hawkins--AM/Bryan Wayne--PM) (kk) Modified on 12/8/2005 (kk). (Entered: 12/08/2005) |
| 11/16/2005 | | Attorney Jon W. Norris added for CINDY SHEEHAN. (kk) (Entered: 12/08/2005) |
| 11/17/2005 | | Minute Entry for proceedings held before Magistrate Judge Alan Kay :Bench Trial resumed and concluded on 11/17/05 as to STEPHANIE ALLEN (1), CATARINA CORREIA (2), JOY FIRST (3), VIRGINIA RODINO (4), TANYA SYNDER (5), ANNA WHITE (6), MARCIA ANGERMANN (7), MELINDA BORNE (8), ANNAMARIA CALDARA (9), THERESA CAMEROTA (10), VIRGINIA CASSELL (11), MELLISA ELLIOT (12), MARY MCARTHUR (13), CHRISTY MILLER (14), GAEL MURPHY (15), MANIJEH SABA (16), CINDY SHEEHAN (17), JOHN BARBER (18), KEVIN KAMPS (19), PAUL PARK (20), WILLIAM PEERY (21), JOSEPH ROBBINS (22), JOHN RODGERS (23), ANDREW SCHOERKE (24), ARTHUR WASKOW (25), ROSE BERGER (26), MARIE DENNIS (27), NANCY TATE (28) and EVE TETAZ (29). Motion by all defendants for judgment of acquittal, denied without prejudice. All Defendants Found Guilty and Sentenced to a Fine in the amount of $50.00 and a Special Processing Fee of $25.00. [AUSA: Catharine Hartzenbusch; Defense Counsel for Cindy Sheehan: Jon Norris; Pro-Se Attorney Advisor: Mark Goldstone] (Govt. |

| | | |
|---|---|---|
| | | Witn.: 6. Richard Merryman; Defense Witnesses: 1. Manijeh Saba, 2. Joy First, 3. Gael Murphy, 4. Cindy Sheehan; Defense Exhibit 1: Copy of Photograph Showing White House Gate; Pro-Se Speakers: 4. Ana White, 5. Arthur Waskow, 6. Shephanie Allen, 7. John Barber, 8. Rose Berger) (Court Reporter: Patty Gels--AM/Pro-Typists, Inc.; Ctrm. 4--PM) (kk) (Entered: 12/08/2005) |
| 12/02/2005 | 8 | NOTICE OF APPEAL to Chief Judge Hogan by CINDY SHEEHAN; re Bench Trial held on 11/17/05. Filing fee of $32.00 paid. (erd) (Entered: 12/08/2005) |
| 12/07/2005 | 6 | ORDER as to STEPHANIE ALLEN, CATARINA CORREIA, JOY FIRST, VIRGINIA RODINO, TANYA SYNDER, ANNA WHITE, MARCIA ANGERMANN, MELINDA BORNE, ANNAMARIA CALDERA, THERESA CAMEROTA, VIRGINIA CASSELL, MELLISA ELLIOT, MARY MCCARTHUR, CHRISTY MILLER, GAEL MURPHY, SABA MANIJEH, CINDY SHEEHAN, JOHN BARBER, KEVIN KAMPS, PAUL PARK, WILLIAM PEERY, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, ROSE BERGER, MARIE DENNIS, NANCY TATE, EVE TETAZ. Having found all defendants guilty of demonstrating without a permit the Court fined each defendant $50.00 plus a processing fee of $25.00; Signed by Magistrate Judge Alan Kay on 12/7/05. (erd) (Entered: 12/08/2005) |
| 12/07/2005 | 17 | TRANSCRIPT of Proceedings as to CINDY SHEEHAN before Magistrate Judge Alan Kay held on 11/17/05 Court Reporter: Proceedings recorded by the Court. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (erd) (Entered: 12/08/2005) |
| 12/29/2005 | 18 | ORDER as to STEPHANIE ALLEN, ANNA WHITE, ANNAMARIA CALDERA, CINDY SHEEHAN, JOHN BARBER, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, EVE TETAZ; Appellants' brief in support of their appeals shall be filed and served on or before 1/23/2006. The Government's reply brief shall be filed and served on or before 2/22/2006. Oral arguments shall be heard on 3/3/2006 02:30 PM in Courtroom 25A before Chief Judge Thomas F. Hogan. Signed by Chief Judge Thomas F. Hogan on December 29, 2005. (adc) (Entered: 12/29/2005) |
| 01/19/2006 | 19 | Unopposed MOTION for Extension of Time to File *Brief* by CINDY SHEEHAN as to STEPHANIE ALLEN, CATARINA CORREIA, JOY FIRST, VIRGINIA RODINO, TANYA SYNDER, ANNA WHITE, MARCIA ANGERMANN, MELINDA BORNE, ANNAMARIA CALDERA, THERESA CAMEROTA, VIRGINIA CASSELL, MELLISA ELLIOT, MARY MCCARTHUR, CHRISTY MILLER, GAEL MURPHY, SABA MANIJEH, CINDY SHEEHAN, JOHN BARBER, KEVIN KAMPS, PAUL PARK, WILLIAM PEERY, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, ROSE BERGER, MARIE DENNIS, NANCY TATE, EVE TETAZ. (Norris, Jon) (Entered: 01/19/2006) |

| | | |
|---|---|---|
| 02/02/2006 | 20 | ORDER granting 19 Motion for Extension of Time to File Appellant's Briefs as to STEPHANIE ALLEN (1), ANNA WHITE (6), ANNAMARIA CALDERA (9), CINDY SHEEHAN (17), JOHN BARBER (18), JOSEPH ROBBINS (22), JOHN RODGERS (23), ANDREW SCHOERKE (24), ARTHUR WASKOW (25) and EVE TETAZ (29). The Briefs shall be Due on or Before April 24, 2006 and shall not exceed 25 pages, excluding Appendices or Attachments.Signed by Chief Judge Thomas F. Hogan on 2/2/06. (tnr, ) (Entered: 02/06/2006) |
| 02/13/2006 | 21 | TRANSCRIPT of Proceedings as to CINDY SHEEHAN before Magistrate Judge Alan Kay held on 11/16/05 Court Reporter: Edward Hawkins, RMR. The public may view the document in the Clerk's Office between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday. (tnr, ) (Entered: 02/14/2006) |
| 02/21/2006 | 22 | NOTICE OF ATTORNEY APPEARANCE: Jennifer M. O'Connor appearing for CINDY SHEEHAN. (tnr, ) (Entered: 02/22/2006) |
| 02/21/2006 | 23 | NOTICE OF ATTORNEY APPEARANCE: David Samuel Cohen appearing for CINDY SHEEHAN. (tnr, ) (Entered: 02/22/2006) |
| 04/11/2006 | 24 | ORDER pursuant to the Court's February 2, 2006 20 Order, the Appellants' brief(s) in support of their appeals shall be filed and served on or before April 24, 2006. The Government's responsive brief(s) shall be filed and served on or before May 24, 2006. Appellants' reply briefs shall be filed and served on or before May 31, 2006. Oral arguments shall be heard on June 2, 2006 at 10:30 a.m. in Courtroom 25 as to STEPHANIE ALLEN, ANNA WHITE, ANNAMARIA CALDERA, CINDY SHEEHAN, JOHN BARBER, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, EVE TETAZ. Signed by Chief Judge Thomas F. Hogan on 4/11/06. (tnr, ) (Entered: 04/11/2006) |
| 04/11/2006 | | Set/Reset Hearings as to STEPHANIE ALLEN, ANNA WHITE, ANNAMARIA CALDERA, CINDY SHEEHAN, JOHN BARBER, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, EVE TETAZ:, Set/Reset Deadlines as to STEPHANIE ALLEN, ANNA WHITE, ANNAMARIA CALDERA, CINDY SHEEHAN, JOHN BARBER, JOSEPH ROBBINS, JOHN RODGERS, ANDREW SCHOERKE, ARTHUR WASKOW, EVE TETAZ: Oral Arguments shall be heard on 6/2/2006 at 10:30 AM in Courtroom 25. (tnr, ) (Entered: 04/11/2006) |

---

| **PACER Service Center** | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/20/2006 17:15:55 | | | |
| **PACER Login:** | hd0009 | **Client Code:** | 1999920.00341 |
| **Description:** | Docket Report | **Search Criteria:** | 1:05-mj-00649-AK |

| Billable Pages: | 4 | Cost: | 0.32 |
|---|---|---|---|