United States v. Sheehan, No. 05-MJ-649-AK

ATTACHMENT 4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA


UNITED STATES OF AMERICA,          .
                                   .
          Plaintiff,               .
                                   .     CR No. 05-MG-0649 (AK)
                                   .
     v.                            .
                                   .
CINDY SHEEHAN, et al.,             .     Washington, D.C.
                                   .     Wednesday, November 16, 2005
          Defendants.              .     1:23 p.m.
                                   .
. . . . . . . . . . . .            .


TRANSCRIPT OF BENCH TRIAL
BEFORE THE HONORABLE ALAN KAY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Government:          CATHARINE A. HARTZENBUSCH, AUSA
                             G. MICHAEL HARVEY, AUSA
                             United States Attorney's Office
                             555 Fourth Street, NW
                             Suite 11-449
                             Washington, D.C. 20530
                             202-514-7700


For Defendant Sheehan:       JON W. NORRIS, ESQ.
                             641 Indiana Avenue, NW
                             2nd Floor
                             Washington, D.C. 20004
                             202-842-2695


Pro Se Advisor:              MARK GOLDSTONE, ESQ.

Court Reporter:              BRYAN A. WAYNE, RPR, CRR
                             Official Court Reporter
                             U.S. Courthouse, Room 4808-B
                             333 Constitution Avenue, NW
                             Washington, D.C. 20001
                             202-216-0313


Proceedings reported by machine shorthand, transcript produced
by computer-aided transcription.

Copy

1   THE DEPUTY CLERK: How do you spell your first name?

2   THE WITNESS: Louis, L-O-U-I-S.

3 Q. Do you work?

4 A. For the United States Park Police.

5 Q. How long have you worked for the United States Park Police?

6 A. Since July 2003.

7 Q. What is your current duty assignment?

8 A. I work for central station and I am a patrol officer.

9 Q. I want to focus your attention on September 26 of this

10 year. Did you work that day?

11 A. Yes, I did.

12 Q. And where were you working that day?

13 A. On the White House sidewalk.

14 Q. I want to --

15 A. It was basically for special detail.

16 Q. Okay. And what do you mean by special detail?

17 A. There was scheduled overtime for mass arrests or, you know,

18 a protest.

19 Q. Around 1:30 or shortly after on that day, did you notice

20 anything on or near the White House sidewalk that caught your

21 attention?

22 A. Yes.

23 Q. What is it that you saw?

24 A. Protesters sitting on the sidewalk.

25 Q. Okay.

1    A.    Crowding the White House sidewalk.

2    Q.    Were there more than 25 of them?

3    A.    Yes, there were.

4    Q.    Were they attracting a crowd of onlookers?

5    A.    Yes.

6    Q.    When you say the White House sidewalk, could you describe

7    what you mean by that?

8    A.    It's the north side of the White House across from

9    Lafayette Park.

10   Q.    And is it between the east and west gates to the White

11   House complex?

12   A.    Yes.

13   Q.    And where did you see the people sitting down?

14   A.    Right in the center of the White House -- obviously, on the

15   outside of the gate, but on the sidewalk.  So if you were facing

16   the White House looking at it right in between.

17   Q.    Okay.  So after you saw them sitting down, what if anything

18   happened?

19   A.    Basically, Lieutenant Smith was making announcements.  He

20   made three announcements that they would be arrested -- that

21   they were in violation of protesting -- demonstrating without a

22   permit.

23   Q.    Okay.  Did you hear those warnings?

24   A.    Yes, I did.

25   Q.    Was there time in between to allow anyone who wanted to

1    leave to get up and leave?

2    A.    Yes, there were.

3    Q.    About how much time elapsed between the warnings?

4    A.    I believe it was three minutes.

5    Q.    Okay.  And did any of the --

6             THE COURT:  Excuse me.  You say three minutes between

7    each warning or three minutes total?

8             MS. HARTZENBUSCH:  No.

9             THE WITNESS:  No, three minutes between each warning.

10   BY MS. HARTZENBUSCH:

11   Q.    Did you notice whether anyone got up and left as a result

12   of the warnings?

13   A.    I didn't notice anybody that left.

14   Q.    And before the warnings were given, did you notice anybody

15   hustling out of that area?

16   A.    No, I didn't.

17   Q.    Okay.  Did you -- after the warnings were -- let me ask you

18   this:  The warnings, were they just shouted out by Lieutenant

19   Smith or were they amplified?

20   A.    They were amplified via a megaphone.

21   Q.    Okay.  What happened after the third and final warning was

22   given?

23   A.    Basically, an arrest team came in and started making

24   physical arrests.

25   Q.    Okay.  Were you part of that arrest team?

1  A.    No, I wasn't.

2  Q.    Okay.  Did you end up arresting anyone that day?

3  A.    Eventually.

4  Q.    What do you mean by eventually?

5  A.    Well, I was -- my original detail was assigned to the

6  sidewalk.  I was basically, you know, kind of security to make

7  sure that no one would try to break the fence or jump the fence.

8  But then after several hours of making all these arrests, they

9  were running out of officers.  So basically, I was ordered by a

10 sergeant to go on a bus and take the remaining people -- well,

11 actually, let me back up.  Prior to that, making physical

12 arrests myself basically handcuffing with flexicuffs and

13 checking for weapons and just that sort of thing and getting

14 people on the bus.

15 Q.    All right.  And these were people on the sidewalk that you

16 arrested physically?

17 A.    Yes.

18 Q.    Okay.  Everyone who you arrested, did you see them sitting

19 there on the sidewalk?

20 A.    I don't remember.

21 Q.    Oh, really?

22 A.    I mean, I do remember the people that I saw that I

23 arrested, but there was just a lot of them coming at us.

24 Q.    I'm just asking you about the people that you arrested?

25 A.    You're talking about now?

1    I don't know, maybe this is not the case.  The folks that you

2    just pointed out in Court, did you see them sitting --

3              MR. NORRIS:  Objection as to leading, Your Honor.

4              THE COURT:  I'm going to let her pursue that.

5    BY MS. HARTZENBUSCH:

6    Q.    Did you see them sitting on the White House sidewalk that

7    day?

8    A.    I don't remember.  I mean, there were so many people there

9    that again I was focused on protecting the fence line.  And at

10   one point, I was actually taken off my post and put in another

11   area.  I mean, if you're asking me today if I remember them

12   sitting there that day, I don't remember.

13   Q.    Okay.

14             MS. HARTZENBUSCH:  Your Honor, the government moves to

15   dismiss the case against Robert Alexander, the case against

16   Mr. Frazier, the case against Mr. Garrett, and --

17             (Applause)

18             THE COURT:  Ladies and gentlemen --

19             MS. HARTZENBUSCH:  The case against Mr. Kinane.

20             THE COURT:  Let me remind you again.  This is a court

21   of law.  I understand your feelings, but you're just going to

22   have to restrain yourself.

23        If you proceed and elect not to restrain yourself, then I'm

24   going to see to it that you are not brought into the courtroom

25   until such time as your cases are called.  I don't want to have

1   Q.   Good afternoon.

2   A.   Good afternoon.

3   Q.   Could you please state your name and spell your last name

4   for the court reporter?

5   A.   Officer Laura Johnson.   J-O-H-N-S-O-N.

6   Q.   Do you work?

7   A.   Yes, I do.

8   Q.   Where do you work?

9   A.   I work for the United States Park Police.

10  Q.   How long have you worked for the United States Park Police?

11  A.   Twenty years.

12  Q.   What is your current duty assignment?

13  A.   I'm an officer, helicopter pilot.

14  Q.   I want to focus your attention on September 26 of this

15  year.  Did you work that day?

16  A.   Yes, I did.

17  Q.   Were you working as a helicopter pilot that day?

18  A.   No, I wasn't.  I was assigned as an officer to one of our

19  wagons.

20  Q.   Around 1:30 in the afternoon, where were you working?

21  A.   I was up in Lafayette Park.

22  Q.   And shortly after 1:30, did you notice anything around the

23  White House sidewalk that caught your attention?

24  A.   Yes.  There was a large group of what appeared to be

25  demonstrators on the White House sidewalk.

1   Q.    When you say large group, what do you mean by that?

2   A.    I'm not good at estimates, but it looked to be at least 200

3   people, maybe more.

4   Q.    Okay.  And when you say White House sidewalk, what do you

5   mean by that?

6   A.    It's the sidewalk, 1600 Pennsylvania Avenue, for lack of a

7   better way of putting it, south of Lafayette Park, and south of

8   Pennsylvania Avenue, the sidewalk area itself.

9   Q.    Okay.  And exactly where on that sidewalk area did you see

10  the 200 or so people?

11  A.    In the center portion.

12  Q.    Okay.  And what if anything did you see them doing?

13  A.    Some of them had signs.  They were yelling, chanting

14  things, and a lot of them were sitting down on the sidewalk as

15  well.

16  Q.    Okay.  Did you hear anything at that point?

17  A.    At that point, I heard our SWAT lieutenant, Lieutenant

18  Smith, give them warnings that they were in violation of CFR and

19  that they were to -- they were demonstrating without a permit

20  and they were warned to leave the area or face arrest.

21  Q.    Okay.  Did Lieutenant Smith give the warnings more than

22  once?

23  A.    Yes, he did.  He gave them three times.

24  Q.    And was there time in between that would permit people to

25  get up and leave?

A.   Yes, there was.

Q.   Did you notice anyone getting up and leaving?

A.   It was such a large group, I didn't notice if people were leaving that area or not from the area that I was in.

Q.   Okay.  What area were you in?

A.   I was in general near the center portion of the sidewalk.

Q.   Okay.  Could you hear the warnings?

A.   Yes, I did.

Q.   Were they shouted out with a bare voice or --

A.   No, they were using amplification.

Q.   After the third and final warning was given, what if anything happened?

A.   Police tape was used to close the west end of the sidewalk which is the only area that people could come and go from, because the people in that area were now in effect under arrest, and they were not free to leave the area after they disobeyed the direction from the officer.

Q.   Did you arrest anyone that day?

A.   Yes, I did.

Q.   And the people you arrested, had you seen them on the White House sidewalk?

A.   Yes, I had.

Q.   And how do you know, if at all, that the people you arrested didn't wander in inadvertently as tourists taking a picture of the White House?

1    A.    Once they entered that area, they were warned if they did

2    not leave the area, they would be placed under arrest.  And once

3    the demonstrators were on the sidewalk --

4              MR. NORRIS:  Objection to the hearsay at this point.

5              THE COURT:  I'll let the officer answer.  You may go

6    ahead.

7              THE WITNESS:  Thank you.  Once the demonstrators were

8    on the sidewalk, no one else was allowed to enter, but people

9    were allowed to exit.

10   BY MS. HARTZENBUSCH:

11   Q.    The people that you saw on the White House sidewalk, were

12   they drawing a crowd of onlookers?

13   A.    Yes, they were.

14   Q.    The people that you arrested that day, among the people

15   that you arrested, do you recognize any of them here in the

16   courtroom today?

17   A.    I recognize some.  There were Polaroids taken at the time

18   of arrest.

19   Q.    But the ones that you do recognize, could you please point

20   them out to the Court and describe an article of clothing.

21   A.    I recognize in the front row over there, there's a lady in

22   a green suit.  Next to her there's a lady in a black shirt.

23   Next to her there's a lady in looks like a white shirt and next

24   to her a lady in a purple shirt.  And again, next to her, a lady

25   in a black shirt and then a lady in a white shirt.

1   Q.   Now, at no point did any tourist or anyone else complain to

2   you they couldn't get past on the sidewalk; is that correct?

3   A.   Not to me.

4   Q.   The group on the sidewalk was nonviolent; is that correct?

5   A.   As far as I'm aware.

6   Q.   Now, did you see a group attempt to take a petition to the

7   gate of the White House?

8          MS. HARTZENBUSCH:  Objection.  Asked and answered.

9          THE COURT:  Sustained.

10  BY MR. NORRIS:

11  Q.   You'd been on duty at Lafayette Park since 9 a.m.; is that

12  correct?

13  A.   Approximately.

14  Q.   Were you on duty elsewhere prior to that?  How long had you

15  been on duty that day before you began making arrests?

16  A.   I believe we came in around eight o'clock in the morning.

17  Q.   Okay.  So five and a half hours at least before you're

18  making arrests?

19  A.   That sounds reasonable.

20  Q.   Now, Officer Johnson, did you inquire of any of the

21  individuals that you arrested if they had a permit to be on that

22  sidewalk?

23  A.   No, sir.

24  Q.   Did you inquire of any of the individuals on the sidewalk

25  in addition to the ones you arrested, whether they had a permit?

1   elapsed?

2   A.    I don't know for certain.

3            MR. NORRIS:    Object as to speculation, Your Honor.

4   BY MS. HARTZENBUSCH:

5   Q.    Can you estimate?

6   A.    Three minutes.

7   Q.    And pursuant to those warnings that you heard, if anyone

8   who was on the sidewalk had wished to leave, would there have

9   been time and permission to do so?

10  A.    Yes.

11           MS. HARTZENBUSCH:    Your Honor, the government would

12  like to reflect in the record the names of the defendants that

13  were identified in court by the witness.

14           MR. NORRIS:    Objection, Your Honor.    Can we approach?

15           THE COURT:    Yes.

16       (Bench conference on the record.)

17           MS. HARTZENBUSCH:    It's just a clarification of the

18  in-court identification, Your Honor.    It's not a secret what

19  their names are.

20           MR. NORRIS:    I think it is a secret as to this witness

21  because this witness doesn't know what their names are.    She

22  can't testify as to who they are by name.    There's going to be

23  further testimony that there are witnesses in the courtroom that

24  she arrested that she can't identify.    I mean, it's clear she

25  picked out the people sitting on the group W bench, Judge.    And

1      afternoon, shortly after.  Did you see anything on the White

2      House sidewalk that caught your attention?

3      A.    It was a large anti-war demonstration going on.

4      Q.    Okay.  And when you say a demonstration, what did you see

5      anyone doing?

6      A.    Basically, they were just sitting down on the sidewalk.  It

7      was more a peaceful demonstration, sitting down on the sidewalk.

8      Q.    And how many people did you see on the sidewalk?

9      A.    Over 200.

10     Q.    And when you say the sidewalk, what do you mean by that?

11     A.    The sidewalk immediately outside of the black fence gate of

12     the White House.

13     Q.    Okay.  And what street is that on?

14     A.    That's Pennsylvania Avenue.  That's what we consider the

15     north side of the White House.

16     Q.    Okay.  And the folks that you saw demonstrating and sitting

17     down on the White House sidewalk, where on the sidewalk were

18     they?

19     A.    They were, I guess, the south side of Pennsylvania Avenue

20     across from Lafayette Park directly across from Lafayette Park.

21     Q.    Okay.  And that sidewalk, does it run from the east gate to

22     the west gate to the White House complex?

23     A.    Yes, ma'am.

24     Q.    The folks who you saw demonstrating on the White House

25     sidewalk, were they attracting attention or drawing a crowd of

1    specific times he did it.

2    Q.    Could you estimate it?  Was it a matter of seconds,

3    minutes, half-hour, hour?

4    A.    I believe it was five minutes interval.

5    Q.    After the third warning, what if anything happened?

6    A.    After the third warning, some of the other officers that

7    were there with me began placing some of the demonstrators under

8    arrest.

9    Q.    Okay.  What if anything did you do?

10   A.    I arrested about 40 of the male demonstrators myself.

11   Q.    Okay.  Before you arrested the people you arrested, did you

12   see them on the White House sidewalk?

13   A.    Yes, ma'am.  They were on the White House sidewalk.

14   Q.    How, if at all, do you know whether the people you arrested

15   after you saw them on the White House sidewalk weren't there

16   accidentally or inadvertently.  Stumbling in, for example, as a

17   tourist?

18   A.    I'm sorry.  Repeat that again, please?

19   Q.    How, if you know, or if you can explain, did you know that

20   the people you arrested after seeing them on the White House

21   were not there accidentally or inadvertently.  For example,

22   tourists trying to take a picture of the White House.

23   A.    No.  Actually, the White House was -- the sidewalk was

24   blocked off.  So anyone that was inside the fenced area was --

25   they were warned that if you didn't leave within a three

1    warnings, you would be subject to arrest.  So those that

2    continued to stay, those are the ones that were placed under

3    arrest.

4    Q.   Okay.  Any of the defendants that you arrested, were they

5    off by themselves or were they part of the group?

6    A.   They were part of the group.

7    Q.   And of the people that you arrested on September 26, 2005,

8    do you see any of them here in court today?

9    A.   There's quite a few of them that I arrested.

10   Q.   Are you able to point them out and describe an article of

11   clothing to identify them?

12   A.   The only way I could identify them is through the Polaroid

13   photo that was taken that day with me standing next to each

14   arrestee that I arrested.

15            MR. NORRIS:  Your Honor, objection.

16            THE COURT:  Objection is noted.  Thank you,

17   Mr. Norris.

18            MR. NORRIS:  Your Honor, can we approach?

19            THE COURT:  Yes.

20        (Bench conference on the record.)

21            MR. NORRIS:  Your Honor, we've now got a process where

22   he's simply going to be shown photos of the nine people that are

23   sitting in the front row.

24            THE COURT:  Yes.  That's what I'm assuming.  Correct?

25            MS. HARTZENBUSCH:  There are many ways I can do this.

1    was in violation of a CFR.

2    Q.    The people who you arrested, how do you know that they

3    weren't present on the White House sidewalk mistakenly or

4    inadvertently?

5    A.    The sidewalk was closed off on the east side and had police

6    tape on the west side.  There were warnings given before the

7    actual first official warning.  "If you're just an onlooker, if

8    you're just a tourist, you should leave this area."  And then he

9    proceeded to give the first official warning.

10   Q.    The people who -- among the people who you arrested on

11   September 26 of 2005, do you see any of them here in the

12   courtroom today?

13   A.    Yes.

14   Q.    If you can please identify them by an article of clothing

15   and where they're located to the Court.

16   A.    At the first table, gray and pink sweater.  On the left in

17   the front row, or my left in the front row, with glasses, red

18   sweater vest.  The woman sitting next to her with the gray and

19   black multicolored shirt.  Next to her in a red shirt.  Next to

20   her in a black shirt.  And next to her with brown hair and

21   wearing a black jacket.

22   Q.    Okay.  Is that it?

23   A.    No.  It continues on to the other side.  Pink jacket, white

24   shirt, black jacket, and black jacket with a yellow scarf.  And

25   I think -- I believe that that's it.  I can't be sure.  The

1     MR. OTTEN:  Yes.

2     THE COURT:  Well, why don't you -- does she have your

3  number?

4     MR. GOLDSTONE:  I know Chris.  Chris knows me.

5     THE COURT:  You'll vouch for him?

6     MR. GOLDSTONE:  Well, I wouldn't go that far.

7     (Laughter)

8     (End of bench conference.)

9     THE COURT:  Mr. Park.

10     MR. PARK:  Yes, Your Honor.

11  BY MR. PARK:

12  Q.   Just a couple more questions about the activity of the

13  defendants, as you may recall.  Do you recall any violent

14  behavior by any people on that sidewalk, the White House

15  sidewalk?

16  A.   No.

17  Q.   Did you -- were you aware of the fact that many in the

18  group were attempting to bring a petition to the White House?

19     MS. HARTZENBUSCH:  Objection, Your Honor.

20     THE COURT:  I'm going to sustain the objection,

21  Mr. Park.

22  BY MR. PARK:

23  Q.   Okay.  Are you aware of the boundary that was set up?

24     MS. HARTZENBUSCH:  Objection, Your Honor, to the

25  characterization.

1          THE COURT:  You asked two questions, sir.  Break them

2    down into two separate questions.

3          MR. PARK:  Okay.

4    BY MR. PARK:

5    Q.   Did you see a yellow police line around the demonstration?

6    A.   No.

7    Q.   Okay.  Did you see any what are termed bike racks being put

8    up?

9    A.   I didn't see them being put up.

10   Q.   Did you see them put up -- did you see any that were

11   erected?

12   A.   Yes.

13   Q.   You did, okay.  So did you arrive after they were erected?

14   A.   They were up when I arrived.

15   Q.   Okay.  Did you witness the warnings being given?

16   A.   Yes.

17   Q.   You did, okay.  Therefore, the barrier was erected before

18   the warnings were issued?

19   A.   Yes.

20   Q.   Okay.  Were people allowed to cross that boundary?

21   A.   Yes.

22   Q.   They were.  Okay.  Let me step back.  Were any -- were the

23   defendants involved in blocking anyone, such as a tourist, who

24   might want to move towards the White House and look?

25   A.   I can't tell you if there were tourists trying to get in.

1    I don't know.

2    Q.    So the answer is no?

3    A.    No.  The answer is I don't know.

4    Q.    You don't know if you saw any?

5    A.    I don't know if there were tourists trying to get in.

6    Q.    My question is did you see them blocking any tourists

7    trying to get in?

8    A.    No.

9    Q.    Okay.  Thank you.  And would tourists be able to enter the

10   blocked-off area?

11   A.    No.

12   Q.    They would not, okay.  Thank you.  Okay.  Now, of the

13   people that you arrested -- first of all, did you arrest any

14   people?

15   A.    Yes.

16   Q.    You did.  Okay, what does that consist of?

17           THE COURT:  Are you talking about number or the

18   nature?

19   BY MR. PARK:

20   Q.    Let's suppose you arrested me.  What does that mean that

21   you did?

22   A.    It means you've broken a law, you're not free to go, I take

23   your property, I get your information, I take a picture with

24   you, you're processed, you're fingerprinted, and you're

25   released.

1    THE WITNESS: Yes, sir.

2    THE COURT: At this hour, Mr. Park, try not to repeat

3    questions that have already been asked and answered.

4    BY MR. PARK:

5    Q.    Okay.  Are you aware of the number of people that are

6    allowed to demonstrate without a permit on the White House

7    sidewalk?

8    A.    I can tell you that I believe -- what I believe it is, but

9    I also know the law that you can't sit.  You have to keep

10   moving.

11   Q.    So can you tell me what you believe that number is?

12   A.    Twenty-five.

13   Q.    And can you tell me how many people are allowed to

14   demonstrate across the street at the Lafayette Park?

15   A.    I don't know.

16   Q.    Okay.  Are you aware that different numbers are allowed in

17   different locations at different parks?

18   MS. HARTZENBUSCH: Objection.

19   THE WITNESS: Yes.

20   THE COURT: Sustained.

21   MR. PARK: I have no further questions at this point.

22   THE COURT: Thank you, Mr. Park.

23   MR. NORRIS: Your Honor, can I ask one follow-up

24   question?

25   THE COURT: Surely.

CROSS-EXAMINATION

BY MR. NORRIS:

Q.    Officer, you heard the warning that was given.  Was the warning that was given for people to stand up?

A.    The warning was to leave the sidewalk.

Q.    Okay.  But no one gave the warning for people to stand up; is that correct?

A.    No.

Q.    Okay.  Thank you.

Just to clarify, the -- you said no to my question, I just wanted to make sure you were answering substantively.  The warning that was given to people was not for people to stand up?

A.    That's correct.

Q.    Okay.  Thank you.

            THE COURT:  Anything further, Ms. Hartzenbusch?

            MS. HARTZENBUSCH:  I was just checking to see if there was --

            THE COURT:  No, we're not soliciting questions.

                    REDIRECT EXAMINATION

BY MS. HARTZENBUSCH:

Q.    What was the warning that was given, to the best of your recollection?

A.    The warning, Lieutenant Smith stated his name, United States Park Police, stated the code that they were in violation of, stated that they have three warnings, that this

1    was their first official warning to leave the White House

2    sidewalk at that time.

3         He gave three warnings, they're every three minutes, over a

4    loudspeaker from a car, and people did leave the sidewalk, and

5    the people that remained on the sidewalk were arrested.

6    Q.    You mentioned on cross that there was one defendant's name

7    that you know.  Who is that?

8    A.    Mrs. Sheehan.

9    Q.    And where is she sitting in the courtroom?

10   A.    Sitting at DEFENDANT's table, I believe, gray sweater with

11   pink on it.

12   Q.    And what if anything did you observe her doing before she

13   was arrested?

14   A.    She was sitting on the sidewalk after all three warnings

15   were given.

16   Q.    And did you see that?

17   A.    Yes.

18   Q.    And what if anything did you do in connection with

19   Ms. Sheehan after the warnings were given and after you had seen

20   her sitting on the White House sidewalk?

21   A.    After the warnings were given, two SWAT officers picked her

22   up from the sidewalk, she did not stand, picked her up and

23   brought her over to where the wagon was, which is adjacent to

24   the sidewalk, and I stood at the wagon with Mrs. Sheehan, had

25   her picture taken, took her personal property and put it in a

1  bag, a number goes on the picture, a number goes on the bag so

2  that everything's connected.

3  Q.   Do you have any recollection who, if anyone, put handcuffs

4  or flexicuffs on Mrs. Sheehan?

5  A.   To my recollection, it was one of the two SWAT officers.

6  Q.   Were you there when it was done?

7  A.   Yes, I was.

8  Q.   How far away were you?

9  A.   I was standing right next to them.

10  Q.   And before the cuffs or the flex cuffs were put on

11  Ms. Sheehan -- no, I think I've already asked that.

12       Court's indulgence.

13       (Government counsel conferring.)

14           MS. HARTZENBUSCH:  Your Honor, I have no further

15  redirect.

16           THE COURT:  Thank you.  May the officer be excused?

17           MS. HARTZENBUSCH:  As far as the government's

18  concerned, yes.

19           THE COURT:  Officer, you may step down.

20           THE WITNESS:  Thank you, Your Honor.

21       (The witness steps down.)

22           THE COURT:  Ms. Hartzenbusch, I understand you have

23  one more witness here; is that correct?

24           MS. HARTZENBUSCH:  Yes, Your Honor.

25           THE DEPUTY CLERK:  Ladies, you may take a seat in the

1    special events -- I'm sorry, I'm not quoting you accurately.

2    A.    No, ma'am.  At the time I was working for the patrol

3    branch.

4    Q.    And on September 26 of 2005, did you work that day?

5    A.    Yes, I did.

6    Q.    I want to focus your attention to approximately 1:30 in the

7    afternoon.  Where were you working at that time?

8    A.    I was assigned to the Lafayette Park White House sidewalk

9    area.

10   Q.    And what if anything did you see at approximately that time

11   that caught your attention?

12   A.    I saw a mass demonstration on the White House sidewalk.

13   Q.    All right.  And when you say White House sidewalk, could

14   you describe for the Court what you mean by that?

15   A.    The White House sidewalk is the area exactly in front of

16   the White House at 1600 Pennsylvania Avenue in between two light

17   post areas.

18   Q.    And where are those light post areas in connection, if at

19   all, to the east and west gates to the White House complex?

20   A.    There's a light post on either side of -- it's in between

21   the two, the east and west gates of the White House.

22   Q.    Okay.  When you say mass demonstration, how many people did

23   you see approximately?

24   A.    There was approximately 370 to 380 persons.

25   Q.    Okay.  And where were all these people who you saw?

A.   They were all on the center of the sidewalk in between the two gates.

Q.   And when you say mass demonstration, what do you mean by demonstration?  What were they doing, if anything?

A.   Well, they had come onto the sidewalk and had at one point they were demonstrating loudly, and then they sat down on the sidewalk and didn't move.

Q.   And when you say demonstrating loudly, what were they doing?

A.   I don't remember exactly what they were saying.  I just know that they had come onto the sidewalk and I don't recall.  I don't remember what they said.

Q.   But they were saying something?

A.   Yes.  They had been chanting, et cetera.

Q.   Were they drawing attention or drawing a crowd of onlookers?

A.   Yes, they were.

Q.   After you saw this great number of people on the White House sidewalk demonstrating, what happened after that?

A.   Well, at one point, once they sat down on the sidewalk, the White House sidewalk was closed off and they were instructed to leave the sidewalk area.

Q.   Did you hear that instruction?

A.   Yes, I did.

Q.   Was there only one instruction?

1    A.    No.    There was three warnings given to all the

2    demonstrators on the sidewalk.

3    Q.    Okay.    And was this something that was shouted out by a

4    bare voice, or was it amplified in any way?

5    A.    No.    The commander of the special forces branch, Lieutenant

6    Smith, gave these warnings over a loudspeaker from our -- from

7    his cruiser which was projected onto the White House sidewalk in

8    an angle at which they could hear.

9    Q.    Did you notice anyone get up and leave after any one of

10   these warnings?

11   A.    I did not notice anyone leave.

12   Q.    How much time elapsed, if you can estimate, between each of

13   the warnings that were given?

14   A.    There were two minutes elapsed in between each one.

15   Q.    And after -- how many warnings were there?

16   A.    There were three warnings given.

17   Q.    And after the third warning, what if anything did you do?

18   A.    After the third warning of which nobody left, then we began

19   arresting persons from the White House sidewalk.

20   Q.    Okay.    Before you arrested the people you arrested that

21   day, what if anything had you seen them doing?

22   A.    I'm sorry, repeat the question?

23   Q.    Before you arrested the people you arrested that day on

24   September 26, 2005, what if anything had you observed them

25   doing?

1   A.    They were demonstrating on the sidewalk.  They had stopped

2   moving and they sat down without leaving, which is in violation

3   of Code of Federal Regulations.

4   Q.    How, if at all, is it that you know that any of the people

5   that you arrested that day weren't there inadvertently or by

6   mistake or by accident perhaps as an tourist taking a picture of

7   the White House?

8   A.    Because they were given clear verbal instructions as to how

9   to leave the area because they were in violation.  The White

10  House sidewalk was closed down and they were instructed to

11  leave.

12  Q.    Of the people you arrested on September 26, 2005, do you

13  see any of them here in the courtroom today?

14  A.    Yes, ma'am, I do.

15  Q.    And could you please point them out to the Court and also

16  identify an article of clothing for identification purposes.

17  A.    Okay.  As I recall, some of the ladies that I arrested that

18  day appear to be sitting in the front row, if I may -- I don't

19  know if I can point, but the -- starting with the gray haired

20  woman in the white shirt, the silver haired woman with the red

21  shirt next to her, gray haired woman with the black shirt, the

22  black haired woman with the black coat and the silver haired

23  woman with the green shirt, I believe those are the persons that

24  I arrested, ma'am.

25  Q.    Okay.  And what is it that you saw them doing before you

BY MR. NORRIS:

Q.    Now, you mentioned the demonstrators were loud.  It's fair to say everyone was acting in a manner that was nonviolent, though, correct?

A.    Yes, sir.

MR. NORRIS:  That's all I have.  Thank you, Judge.

THE COURT:  Thank you.  Under the circumstances, I don't know whether Mr. Park -- the understanding was that there would be a representative who would do the cross-examination and you are going to be representing Mr. Sheehan.

Mr. Park, I let Mr. Norris cross-examine.  I will give you a limited amount of cross-examination and ultimately at the end of the day, I think you'll be entitled to criminal law credit for your efforts.

(Laughter)

MR. PARK:  Thank you.  This may go on my resume.

BY MR. PARK:

Q.    Ms. Clark?

THE WITNESS:  Can I ask a question?

THE COURT:  No, I'm afraid you cannot.

THE WITNESS:  Okay.

BY MR. PARK:

Q.    So where were you exactly on September 26?

A.    I was in front of the White House, sir.

Q.    Where exactly in front of the White House?

BY MR. PARK:

Q.   Okay.  I'll be more specific.  By the time the warnings were given, was the barricade erected, do you recall?

          MS. HARTZENBUSCH:  Objection, clarification as to what is meant by barricade.  I don't think there's been any direct testimony.

BY MR. PARK:

Q.   Do you understand what barricade I'm talking about?

A.   Yes.

Q.   Thank you.  By the time the warnings were delivered, was the barricade erected or not?

A.   Yes.

Q.   Already erected.  Okay.  Thank you.

          THE COURT:  Ms. Hartzenbusch, any follow-up questions, redirect?

          MS. HARTZENBUSCH:  Only because I don't really understand.

                    REDIRECT EXAMINATION

BY MS. HARTZENBUSCH:

Q.   What do you mean by barricade?  You were answering the question on cross.

A.   The bicycle rack that was centered in the center of Pennsylvania Avenue.

Q.   Oh, okay.  Did you see any sort of barrier that was closer to the White House sidewalk than the bicycle fences as they're

I N D E X

**WITNESSES FOR THE GOVERNMENT**

Louis Facciponti:
Direct Examination by Ms. Hartzenbusch ............    49

Laura Johnson:
Direct Examination by Ms. Hartzenbusch ............    60
Cross-Examination by Mr. Park ....................    66
Cross-Examination by Ms. Snyder ..................    79
Redirect Examination by Ms. Hartzenbusch ..........    79

Gary Fuller:
Direct Examination by Ms. Hartzenbusch ............    87
Cross-Examination by Mr. Park ....................    98
Cross-Examination by Mr. Shoerke .................   105

Holly Davis:
Direct Examination by Ms. Hartzenbusch ............   119
Cross-Examination by Mr. Norris ..................   128
Cross-Examination by Mr. Park ....................   135
Cross-Examination by Mr. Norris ..................   148
Redirect Examination by Ms. Hartzenbusch ..........   148

Stephanie Clark:
Direct Examination by Mr. Hartzenbusch ............   151
Cross-Examination by Mr. Norris ..................   156
Redirect Examination by Ms. Hartzenbusch ..........   164

EXHIBITS MARKED

Government Exhibit Nos. 2-9 ......................    94

\*   \*   \*   \*   \*   \*

CERTIFICATE

I, BRYAN A. WAYNE, Official Court Reporter, certify that the foregoing pages are a correct transcript from the record of proceedings in the above-entitled matter.

BRYAN A. WAYNE