United States v. Sheehan, No. 05-MJ-649-AK

ATTACHMENT 6

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - -x
                                :
UNITED STATES OF AMERICA        :
                                :
     vs.                        :   Ticket No. P478330
                                :   Docket No. 05-0213M-01
CINDY SHEEHAN, et al.           :
                                :
     Defendant                  :
                                :   Washington, D.C.
- - - - - - - - - - - - - - -x      November 17, 2005


TRANSCRIPT OF RULING IN
HEARING ON TICKET CASE
BEFORE THE HONORABLE ALAN KAY
UNITED STATES MAGISTRATE JUDGE


APPEARANCES:

For the Government:     CATHARINE A. HARTZENBUSCH, ESQ.
                        Assistant United States Attorney

For the Defendant:      JON NORRIS, ESQ.
                        MARK GOLDSTEIN, ESQ.
                        Attorney Adviser


**Proceedings recorded by the Court, transcript produced by Pro-Typists, Inc., 1012-14th Street, N.W., Suite 307, Washington, D.C. 20005, 202-347-5395, www.pro-typists.com**
M9680/bf

1  did not know that a permit was needed or that a permit had
2  not been issued, I think one of the arguments offered to
3  the Court was that they knew there was a permit, but they
4  didn't know the permit had been changed to exclude the
5  White House. But the applicant of the permit clearly knew
6  that that had been excluded. I don't know how, and there
7  was no testimony as to how the individual Defendants who
8  are here today knew that a permit had in fact been issued
9  if in fact they knew about it, and whether or not there was
10 an obligation on the part of Mr. Clark to notify everyone.
11 Clearly, he represented a group of people, and was not
12 acting alone.
13         So based upon all the evidence that was presented
14 here, the fact that some of the Defendants, those who
15 testified, indicated that they were not aware of the
16 warning, the Court finds that that is a disputed issue of
17 fact, that the individuals who were demonstrating were
18 making noise and I don't think that was prohibited, or that
19 they were engaging in singing or, for that matter, talking
20 among themselves, that in and of itself was not prohibited
21 activity. But being there and demonstrating, as I find
22 that they were demonstrating, making their views known,
23 without a permit is a violation of the regulation.
24         And accordingly the Court is going to find,
25 beyond a reasonable doubt, that all the pro se defendants

```
UNITED STATES OF AMERICA  )
                          ) Docket No. 05-0213M-01
DISTRICT OF COLUMBIA      )
```

I, PAUL R. CUTLER, do hereby certify that a recording of the foregoing proceedings in the above matter was duplicated from an original recording by the Office of the Clerk, United States District Court for the District of Columbia, and that said duplicate recording of the proceedings was transcribed under my direction to typewritten form.

_____
PAUL R. CUTLER

I do hereby certify that the foregoing transcript was typed by me and that said transcript is a true record of the recorded proceedings to the best of my ability.

_____
BONNIE FURLONG