IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) No. 05-MJ-649-AK |
| CINDY SHEEHAN, | ) |
| Appellant. | ) |

**NOTICE OF ADDRESS CHANGE**

     Effective May 1, 2006, please note that the address for Wilmer Cutler Pickering Hale and Dorr LLP has changed to: 1875 Pennsylvania Ave., N.W., Washington, D.C., 20006. Please note that the telephone and fax numbers remain the same.

Respectfully submitted,

  /s/ Jennifer M. O'Connor
David S. Cohen (D.C. Bar No. 426683)
Jennifer M. O'Connor (D.C. Bar No. 460352)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Appellant Cindy Sheehan*

Date: May 1, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of this notice were served by U.S. mail, first class postage prepaid, to the persons identified below on May 1, 2006.

Stephanie Allen
2075 Lewis Road
South Wales, NY 14139

Anna L. White
1709 Lamont Street, N.W.
Washington, D.C. 20010

Annamaria Caldara
27 South 4th Street
Banger, PA 18013

John Barber
778 N.W. 44th Terrace #202
Deerfield Beach, FL 33442

Joseph A. Robbins
4505 31st Street
Mount Rainier, MD 20712

Andrew C. Schoerke
212 Middle Road
Shaftsbury, VT 05262

John Rodgers
5431 N.E. 20th Avenue
Portland, OR 97211

Rabbi Arthur Waskow
6711 Lincoln Drive
Philadelphia, PA 19119

Eve L. Tetaz
2551 17th Street, N.W.
Washington, D.C. 20009

*Defendants Pro Se*

                                                          /s/ Jennifer M. O'Connor