## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 05-MJ-649-AK |
| | ) | |
| CINDY SHEEHAN, | ) | Oral Argument: June 2, 2006 |
| | ) | |
| Appellant. | ) | |

**APPELLANT CINDY SHEEHAN'S OPPOSITION TO THE UNITED STATES'
MOTION TO CONVERT DATE FOR ORAL ARGUMENT INTO STATUS HEARING
AND FOR EXTENSION OF TIME TO FILE THE GOVERNMENT'S OPPOSITION**

Appellant Cindy Sheehan respectfully submits this opposition to the United States' Motion to Convert Date for Oral Argument Into Status Hearing and for Extension of Time to File the Government's Opposition. Appellant opposes the motion for the following reasons:

1. Ms. Sheehan was tried before Magistrate Judge Kay on November 16 and 17, 2005, along with 28 other defendants. Of those who were convicted, ten defendants, including Ms. Sheehan, filed timely notices of appeal. On February 2, 2006, this Court ordered that the appellants' briefs were to be filed on or before April 24, 2006. On April 11, 2006, this Court further ordered that the Government's responsive briefs shall be due on or before May 24, 2006, with any reply briefs due on or before May 31, 2006, and oral argument set for June 2, 2006.

2. Ms. Sheehan timely filed her opening brief on April 24, 2006. Counsel for the Government did not mention at that time that he had any trials scheduled that would interfere with his filing of the appellee's brief in this matter.

1

3. None of the other nine appellants has filed a brief. On May 1, 2006, five of the other appellants filed motions for extensions of time in which to file their briefs. The United States has not responded to those motions.

4. On May 17, 2006, the United States filed the instant motion, seeking to convert the oral argument currently scheduled for June 2, 2006 into a status hearing on all the appellants' cases and to obtain an indefinite extension of time in which to file its opposition briefs.

5. There is no need for Ms. Sheehan's appeal to proceed in conjunction with the other appellants' appeals. Ms. Sheehan's appeal presents unique issues, most notably the sufficiency of evidence supporting her conviction, an issue that is distinctive to her case. The presence of the other appellants in the same proceeding is thus unnecessary to the efficient disposition of the issues Ms. Sheehan has raised.

6. Moreover, the other appellants evidently are not prepared to proceed on the same schedule as Ms. Sheehan and, according to their motions for extensions, apparently have identified different appeal issues from Ms. Sheehan's, further suggesting that Ms. Sheehan's appeal can and should proceed separately from the others and that the Government's need for additional time to prepare for the other defendants' appeals should not affect the timing of Ms. Sheehan's appeal.

7. Although the Government does not appear to have served the instant motion on any of the other appellants, it has stated that the purpose of the requested status hearing would be to ascertain whether the remaining appellants intend to file opening briefs. That issue is not relevant to Ms. Sheehan's case, and there is no need to include Ms. Sheehan in a status conference concerning the progress of the other parties' appeals. Indeed, Ms. Sheehan sees no need for a status conference at all. All that is needed is a new briefing schedule to accommodate the

Government's need for additional time to respond to Ms. Sheehan's brief.  Ms. Sheehan further respectfully suggests that there is no reason to order all of the *pro se* appellants to come to Washington, DC for a status conference for the purpose of asking them whether they intend to file briefs.  The Government could inquire as to their intention via telephone calls or letters.

       8.  With respect to Ms. Sheehan's appeal, counsel for Ms. Sheehan made clear to counsel for the Government on May 15, 2006, that Ms. Sheehan does not oppose a reasonable continuance and expressed willingness to consent to a mutually agreeable extension of time to accommodate the United States' trial dates.  However, Ms. Sheehan does oppose an indefinite stay of her appeal, which is apparently what the Government has requested.

       9.  To the extent counsel for the Government requires a continuance in order to obtain a copy of the complete transcript of the November 16 proceedings, counsel for Ms. Sheehan has already contacted counsel for the Government to offer to provide that transcript.  He has not responded to that offer, however.

       10.  In sum, Ms. Sheehan respectfully requests that the Court issue a revised briefing schedule that provides the Government with an additional several weeks to file its brief, and provides Ms. Sheehan with sufficient time to file a reply prior to oral argument.

        Respectfully submitted,


         /s/ Jennifer M. O'Connor
        David S. Cohen (D.C. Bar No. 426683)
        Jennifer M. O'Connor (D.C. Bar No. 460352)
        WILMER CUTLER PICKERING
          HALE AND DORR LLP
        1875 Pennsylvania Avenue, N.W.
        Washington, D.C. 20006
        (202) 663-6000
        (202) 663-6363 (facsimile)

        *Counsel for Appellant Cindy Sheehan*

Date:  May 18, 2006

**CERTIFICATE OF SERVICE**

      I hereby certify that copies of this opposition were served by U.S. mail, first class postage prepaid, to the persons identified below on May 18, 2006. Pursuant to Local Civil Rule 5.4(d), the electronic filing of this opposition operates to effect service on counsel for the United States.

Stephanie Allen
2075 Lewis Road
South Wales, NY 14139

Anna L. White
1709 Lamont Street, N.W.
Washington, D.C. 20010

Annamaria Caldara
27 South 4th Street
Banger, PA 18013

John Barber
778 N.W. 44th Terrace #202
Deerfield Beach, FL 33442

Joseph A. Robbins
4505 31st Street
Mount Rainier, MD 20712

Andrew C. Schoerke
212 Middle Road
Shaftsbury, VT 05262

John Rodgers
5431 N.E. 20th Avenue
Portland, OR 97211

Rabbi Arthur Waskow
6711 Lincoln Drive
Philadelphia, PA 19119

Eve L. Tetaz
2551 17th Street, N.W.
Washington, D.C. 20009

*Defendants Pro Se*

                                        /s/ Jennifer M. O'Connor