United States v. Sheehan, No. 05-MJ-649-AK

Reply Brief, Attachment 2

Case 1:05-mj-00649-AK   Document 38-3   Filed 08/15/2006   Page 1 of 11

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

In Re:  TICKET HEARINGS        :    November 17, 2005
                               :
                               :    9:00 a.m.
                               :
. . . . . . . . . . . . . . .  :


DAY 2
TRANSCRIPT OF TRIAL
BEFORE THE HONORABLE MAGISTRATE ALAN KAY
UNITED STATES DISTRICT MAGISTRATE JUDGE


APPEARANCES:

For the Government:            CATHARINE A. HARTZENBUSCH, ESQ.
                               U.S. Attorney's Office
                               555 Fourth Street, N.W.
                               Washington, D.C.  20001


For the Defendant              JON W. NORRIS, ESQ.
Cindy Sheehan:                 641 Indiana Avenue, N.W.
                               Second Floor
                               Washington, D.C.  20004


Court Reporter:                PATTY ARTRIP GELS, RMR
                               Official Court Reporter
                               Room 4800-C, U.S. Courthouse
                               Washington, D.C. 20001
                               (202) 962-0200


Proceedings reported by machine shorthand, transcript produced

by computer-aided transcription

1          THE COURT: Yes.

2          MR. NORRIS: Your Honor, on behalf of Ms. Sheehan, I
3  would like to join in the Motion for Judgment of Acquittal
4  argument made so eloquently by Ms. White. In addition, your
5  Honor, we would state that, even given the legal standard, that
6  the evidence at this point needs to be interpreted in the light
7  most favorable to the Government, that the Government has failed
8  to meet their burden of proving beyond a reasonable doubt for
9  Ms. Sheehan or any of the demonstrators that they were in
10 violation of the law demonstrating without a permit for the
11 following reasons.

12         First off, as a legal basis, I think this last witness
13 the Government called, Mr. Merryman from the Park Service, made
14 it clear that there was, in fact, a permit that was deemed
15 issued.

16         The application process was done well in advance of
17 September 26th. It was not admitted or denied at that time, and
18 so there was an application that was deemed issued for the White
19 House area.

20         While he states that that was later rescinded, that was
21 only through discussion with Mr. Clark. The rescinding of that
22 was never in any way notified to the public or to these
23 individuals here. There is no way that these individuals could
24 have known that it was rescinded.

25         Now, the Government asked a speculative question about

ebcefb0e-5eb7-447d-bea9-e30921bd66e1

1  whether or not that could have been communicated to them. There
2  is simply no evidence of that, and it is the Government's
3  burden --
4       THE COURT: Do you know what date -- my understanding
5  was that the application was -- there was an add-on, if you
6  will, under the "purposes" section; is that correct?
7       MR. NORRIS: I think you are referring to the White
8  House area that was initialed during the application; is that
9  correct?
10      THE COURT: Yes.
11      MR. NORRIS: Okay. That was not under the "purposes"
12 section. I believe that was on the handwritten application.
13      THE COURT: All right. And when was -- was that added
14 on the same date that the application was filed?
15      MR. NORRIS: I don't believe there is any testimony as
16 to when it was added on. I can tell the Court that the date on
17 the application itself I believe is 7/20, July 20th of '05. And
18 then there is a second application which has the addition the
19 Court is referring to, "White House sidewalk," initialed. That
20 application is 7/28/05, but it's not clear when the White House
21 addition was made to that.
22      THE COURT: All right.
23      MR. NORRIS: In any event, it is clear from the
24 testimony of Mr. Merryman that there was a permit deemed issued
25 for this particular protest on 9/26/05. And I think because

1  there was a permit that was deemed issued, your Honor, this
2  Court has not met its burden that these individuals that were
3  arrested would have any knowledge that such a permit had ever
4  been rescinded at that point.
5         THE COURT: What form of notice are you indicating
6  should have been made by the issuing authority?
7         MR. NORRIS: I am not trying to legislate a certain --
8  or I am not trying to say that a certain procedure should have
9  been enacted. But there has to have been notice to the
10 individual protestors that the individual protestors were in an
11 area where --
12        THE COURT: Were they identified in the application as
13 to who they were going to be?
14        MR. NORRIS: No, your Honor, but, of course, there's
15 all sorts of legal notification processes that were used -- that
16 are used in the law for notifying people whose identities are
17 unknown: Newspaper notifications, things like that. None of
18 that was done or, if it was, there was no testimony of it ever
19 being done.
20        And so I think the important thing is these people who
21 are charged, Ms. Sheehan and the others, cannot be deemed to
22 have known that a permit which, in fact, was enacted had later
23 been rescinded.
24        THE COURT: I will let you respond, Ms. Hartzenbusch.
25        MS. HARTZENBUSCH: Your Honor, it is a matter of

ebcefb0e-5eb7-447d-bea9-e30921bd66e1

Case 1:05-mj-00649-AK   Document 38-3   Filed 08/15/2006   Page 6 of 11

Page 49

```
1          The Government certainly can't proceed on hearsay.  And
2     the officers that they put up are simply too far down the chain
3     of events, your Honor.
4          So for those reasons, legally and factually, as well as
5     the constitutional right to both free speech, peaceably assemble
6     and petition the Government for redress, we would submit that
7     the Government's -- that the Motion for Judgment of Acquittal
8     must be granted because the Government has failed its burden.
9          THE COURT:  All right.  Thank you, Mr. Norris.
10         Ms. Hartzenbusch?
11         MS. HARTZENBUSCH:  Your Honor, first, Ms. White raised
12    a necessity defense pursuant to the Government's Motion and to
13    the evidence that's been so far adduced.  That has no part in
14    this trial.
15         Similarly, the notion that these regulations violate
16    the First Amendment also have no place in this trial because
17    that issue has already been decided by this Circuit.
18         This is not a barricade situation, as in the Block
19    case.  This is in the context of a permit scheme.
20         THE COURT:  I am going to ask you to speak up.
21         MS. HARTZENBUSCH:  I'm sorry.  This is in the context
22    of a permit scheme.
23         THE COURT:  I talk softly also, Ms. Hartzenbusch, but
24    we have a lot of people here who are very interested in what you
25    have to say.
```

Page 50

1       MS. HARTZENBUSCH: Very well.

2       The First Amendment basis for Motion for a Judgment of
3  Acquittal should also be rejected because the Circuit has
4  already determined that these regulations are valid time, place
5  and manner regulations, and the First Amendment rights of the
6  Defendants were reasonably -- it's a reasonable regulation.

7       Each -- with respect to Mr. Norris' argument that
8  there's a factual basis here for a Motion of Judgment of
9  Acquittal, each of the officers who testified concerning the
10 Defendants who are still on trial testified that they saw the
11 Defendants demonstrating on the White House sidewalk. They also
12 happened to be the officers who arrested them.

13      But what you have here are percipient witnesses who
14 observed each of the Defendants that they identified here in
15 court demonstrating on the sidewalk. And the testimony
16 varied -- they mentioned signs being carried and sitting and
17 chanting and all sorts of activities. And they each also
18 testified that the activities of the Defendants drew a crowd of
19 onlookers.

20      The issue of whether or not the Defendants were
21 notified of the existence or nonexistence of a permit is not
22 apposite. There is no -- the offense is demonstrating on the
23 White House sidewalk without a permit having been issued for
24 more than 25 people. At -- the testimony was that when more
25 than 25 people gathered on the White House sidewalk and

ebcefb0e-5eb7-447d-bea9-e30921bd66e1

1        Additionally, the charge is demonstrating without a
2   permit; it not entering a closed-off traditional public forum or
3   crossing a police line, which then impinges on someone's First
4   Amendment rights.  That goes to the Government's argument that
5   the First Amendment defense has no place in this trial.
6        The regulations in question are not regulations that
7   incidentally may affect someone's First Amendment rights.  To
8   the contrary, they directly address their First Amendment rights
9   and, as such, have been set up and have been approved as not an
10  unconstitutional infringement.
11       In that way, this case and the charge is
12  distinguishable from other cases in the law where a regulation
13  that incidentally also affects a First Amendment right needs to
14  be justified under First Amendment -- under the First Amendment.
15       This was a time-honored action, and the time-honored
16  penalty for civil disobedience is punishment under the law.  The
17  Government urges the Court to find all the Defendants guilty of
18  demonstrating without a permit and to impose an appropriate
19  punishment.
20       THE COURT:  Thank you, Ms. Hartzenbusch.
21       DEFENDANT BARBER:  Your Honor, my name is John Barber,
22  a Defendant pro se, and --
23       THE COURT:  Spell your last name.
24       DEFENDANT BARBER:  B-A-R-B-E-R.
25       THE COURT:  Yes, Mr. Barber.

1  believe my arguments are equally applicable, based on the
2  Court's ruling, I will direct them to Ms. Sheehan directly.
3       Your Honor, this is a case where Ms. Sheehan, as an
4  American citizen, has paid the greatest price one can. She has
5  lost her son in an action in Iraq that she believes is both
6  illegal and immoral. It is her duty, not just her right, but
7  her duty as a citizen to present that argument to the President
8  of the United States who unilaterally, she believes, led us into
9  this illegal war.
10      In terms of necessity, your Honor, Ms. Sheehan has done
11 the things that people need to do. She has gone far above and
12 beyond what most citizens would ever take to do to address their
13 government. She has slept outside at night. She has written in
14 the newspaper. She has petitioned the President, all of which
15 she has been rebuffed by the President.
16      On that day, she was doing something that she thought
17 was crucially important: Trying to stop the war, trying to stop
18 the deaths of American servicemen, and trying to stop the deaths
19 of innocent Iraqis. Since that time, the death toll has
20 increased, your Honor. She has done all of the other options
21 that she thought she could do. And on that day, she was
22 proceeding in the way that she thought was necessary.
23      And in proceeding in the way that she thought was
24 necessary, she was exercising her rights under the First
25 Amendment, your Honor. Her conduct that day was

ebcefb0e-5eb7-447d-bea9-e30921bd66e1

1  constitutionally protected conduct.  You heard from Officer
2  Merryman who talked about how, because of the First Amendment
3  and its protections, the default position is if they don't
4  respond to a request for a permit, then it is automatically
5  granted.
6        I would submit that that is rather unique in terms of
7  any sort of Government application, your Honor, and it is
8  because of the uniqueness of the First Amendment and the
9  importance of the First Amendment.
10       In this case, a permit was issued for the sidewalk.
11 Because of the time frame of the application, that permit was
12 later rescinded.  There was no notice to Ms. Sheehan or anyone
13 in the public about the rescinding of that permit, your Honor.
14       We would also submit that the police action on that day
15 was arbitrary in that while there might have been a certain
16 number of protestors on the sidewalk -- and the Government is
17 alleging that that's an area without a permit -- there was even
18 more protestors on the other side of the barricade in
19 Pennsylvania Avenue where there was no permit.  The permit was
20 for Lafayette Park.
21       So the Government was arbitrary in terms of enforcing
22 arrests against a small group of people -- small being several
23 hundred on the sidewalk steps -- and not against several
24 thousand who were on the opposite side of the barrier, your
25 Honor.

1    CERTIFICATE OF REPORTER

2

3    I certify that the foregoing is a correct transcript from the

4    record of proceedings in the above-entitled matter.

5

6

7

8                         _____

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25