IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            v.                        )    No. 05-MJ-649-AK/TFH<br>                                      )<br>CINDY SHEEHAN,                        )<br>                                      )<br>            Defendant-Appellant.      )<br>                                      ) | |

### NOTICE OF APPEAL

Notice is hereby given that Defendant Cindy Sheehan appeals to the United States Court of Appeals for the District of Columbia Circuit from this Court's judgment of December 19, 2006, affirming the judgment of conviction for violation of 36 C.F.R. § 7.96(g)(2) entered by the Magistrate Judge on November 17, 2005.

Respectfully submitted,

_____
David S. Cohen (D.C. Bar No. 426683)
Jennifer M. O'Connor (D.C. Bar No. 460352)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
(202) 663-6000
(202) 663-6363 (facsimile)

*Counsel for Appellant Cindy Sheehan*

Date:  January 3, 2007

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing NOTICE OF APPEAL was served by U.S. mail, first-class postage prepaid, to the person identified below on January 3, 2007:

Michael T. Truscott
U.S. Attorney's Office
555 Fourth Street, N.W.
Room 4237
Washington, D.C. 20530
(202) 514-7533
Email: michael.truscott2@usdoj.gov

*Counsel for the United States*

_____
Catherine M.A. Carroll