# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 07-3002                                     September Term, 2007
                                                FILED ON: JANUARY 11, 2008 [1091676]

UNITED STATES OF AMERICA,
        APPELLEE

v.

CINDY SHEEHAN,
*Remand*    APPELLANT

---

Appeal from the United States District Court
for the District of Columbia
(No. 05mj00649-17)

---

**FILED MAR - 4 2008**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

Before: SENTELLE and ROGERS, *Circuit Judges*, and EDWARDS, *Senior Circuit Judge*.

### JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed in part, vacated in part, and the case is remanded, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 2/27/08
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

FOR THE COURT:
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: January 11, 2008

Opinion for the court filed by Senior Circuit Judge Edwards.

A True copy:
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk